UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JOHN WILEY & SONS, INC.,

            Plaintiff,

-against-

CHEGG, INC.,

            Defendant.

------------------------------------------------------------------X

Case No. 1:18-cv-11943-ER

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their undersigned counsel, stipulate that this action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

Dated: July 26, 2019

*[signature]*

Joseph J. Barker
John Wiley & Sons, Inc.
111 River Street
Hoboken, New Jersey 07030
Phone: (201) 748-7862
Fax: (201) 748-6500
jobarker@wiley.com

*Attorney for Plaintiff John Wiley & Sons, Inc.*

Respectfully submitted,

*[signature]*

Justin A. MacLean
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: 212-801-9200
Email: macleanj@gtlaw.com

Nina D. Boyajian (*pro hac vice*)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Email: BoyajianN@gtlaw.com

*Attorneys for Defendant Chegg, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, I electronically filed the foregoing Joint Stipulation of Dismissal with Prejudice with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record.

Justin A. MacLean
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: 212-801-9200
Email: macleanj@gtlaw.com

Nina D. Boyajian
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Email: BoyajianN@gtlaw.com

Joseph J. Barker